Harrie T. Lindeberg and Others v. Thomas M. Hodgens.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jennie Jacobs v. Niel Kenyon.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

David Hoffman v. New York Railways Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William Fernum v. William H. Harrison.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

German American Coffee Company v. John O'Neill.— Motion granted; questions certified as stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Yetta Zeitlin v. Isidore D. Morrison and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Stephen K. Watts v. Doull Miller Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Katherine F. Lindemann, as Executrix, etc., v. Helena M. Richter.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke, and Scott, JJ.

Laura Glover, as Administratrix, etc., v. National Bank of Commerce in New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Giovanni Guintini v. Alex Thompson.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Andrew J. Brown v. Orvill Thompson.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Susanna Schleich, as Administratrix, etc., v. Paul Schleich.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Solomon Stern v. Metropolitan Life Insurance Company.— Motion granted and plaintiff stayed from proceeding with examination pending determination of appeal from order, with leave to plaintiff to move to vacate the stay if the appeal be not prosecuted with diligence. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles H. McCausland v. Christopher A. Mathews, Impleaded.— Motion granted upon payment of ten dollars costs and disbursements to respondent. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emily M. Ford v. John Wanamaker.— Motion denied, with ten dollars costs, without prejudice to a motion at Special Term. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.